IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN COMBS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CV429 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of | ) | ORDER ON APPLICATION TO PROCEED |
| Social Security Administration, | ) | IN DISTRICT COURT WITHOUT |
| | ) | PREPAYING FEES OR COSTS |
| Defendant. | ) | |
| | ) | |

The plaintiff, John Combs, a non-prisoner, filed with his Complaint for Review of Decision of the Social Security Administration (ECF No. 1), an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 2). Upon review of the plaintiff's motion and affidavit, I find that the plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated December 19, 2012.

BY THE COURT

Warren K. Urbom
United States Senior District Judge