IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN COMBS,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>    Defendants. | 8:12CV429<br><br>ORDER |

  IT IS ORDERED that:

  1. the Defendant's Motion for Extension of time to Respond to Plaintiff's Brief, ECF No. 15, is granted and the defendant shall on or before June 28, 2013, file and serve its response brief;

  2. within one week after the defendant's response brief is filed, the plaintiff may file a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

  3. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 2 hereof.

  Dated June 3, 2013.

                BY THE COURT

                _____
                Warren K. Urbom
                United States Senior District Judge