IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN COMBS,<br><br>     Plaintiff,<br><br> vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration; and CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration;<br><br>     Defendants. | 8:12CV429<br><br>ORDER ON DEFENDANT'S SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S BRIEF |

  The defendant has filed its second unopposed motion for extension of time to respond to the plaintiff's brief, ECF No. 17. Defendant's counsel states that plaintiff's counsel has been contacted and has expressed no objection to the extension.

  IT IS THEREFORE ORDERED that:

  1. the Defendant's Second Unopposed Motion for Extension of Time to Respond to Plaintiff's Brief, ECF No. 17, is granted;

  2. the defendant shall on or before July 29, 2013, file and serve its response brief;

  3. within one week after the defendant's answer brief is filed and served, the plaintiff may file and serve a reply brief and either party may request oral argument or make any other request which may be permitted under 42 U.S.C. § 405(g); and

  4. in the absence of an order setting the case for oral argument or scheduling further proceedings, the case shall be deemed to be submitted at the expiration of the time period specified in paragraph 3 hereof.

  Dated July 1, 2013.

                       BY THE COURT:

                       *[signature]*
                       Warren K. Urbom
                       United States Senior District Court